■ In the Matter of FITZGERALD LONG, Respondent, v CARLA DIXON, Appellant. [984 NYS2d 281]—Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered February 24, 2012 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, awarded the parties joint legal custody of the subject child, with petitioner-respondent having primary physical custody.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.